No. 12, Original.  HAWAII *v*. BELL.  This case is set for argument on Monday, October 14, 1963, and a total of two hours is allowed for oral argument.  [For earlier order herein, see *ante,* p. 804.]

No. 150.  SILVER, DOING BUSINESS AS MUNICIPAL SECURITIES CO., ET AL. *v*. NEW YORK STOCK EXCHANGE.  Certiorari, *ante,* p. 808, to the United States Court of Appeals for the Second Circuit.  The motion of the Solicitor General, on behalf of the United States, for leave to participate in oral argument, as *amicus curiae,* is granted and thirty minutes are allotted for that purpose.  Counsel for the petitioners and the respondent are also allotted an additional fifteen minutes to argue in this case.  *Solicitor General Cox* on the motion.

No. 661.  MISSISSIPPI ET AL. *v*. MEREDITH.  On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit.  The motion of *John C. Satterfield* for leave to withdraw his appearance as counsel for the petitioners is granted.

No. 407.  HUMPHREY ET AL. *v*. MOORE ET AL.  Court of Appeals of Kentucky.  Certiorari granted.  *H. Solomon Horen* and *Mozart G. Ratner* for petitioners.  *John Y. Brown* for Moore et al., and *Newell N. Fowler* for Dealers Transport Co., respondents.

No. 569.  COREY *v*. UNITED STATES.  C. A. 1st Cir.  Certiorari granted.  *Russell Morton Brown* and *Maurice C. Goodpasture* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.